# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NEXGEN COASTAL INVESTMENTS, LLC,**
    Plaintiff,

vs.             **CASE NO.: 16-BK-30942 FC DISTRICT COURT CASE NO 2:21-CV-01216**

**SHARON A. BLEDSOE, et al.,**
    Defendant(s).
_____/

## STATUS REPORT

**COMES NOW, Plaintiff,** NexGen Coastal Investments, LLC, by and through the undersigned counsel, and hereby files the instant Status Report, and in support thereof states as follows:

1. Plaintiff filed its Complaint in the instant action on or about October 19, 2021.
2. Plaintiff attempted to work with Defendant multiple times, but ultimately settlement was unsuccessful.
3. Unfortunately, Defendant does not have sufficient income to afford the payments on the subject mortgage.
4. Plaintiff's Motion for Summary Judgment will be filed within seven (7) days of this report.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct opt of the foregoing has been furnished by U.S. Mail/and or Electronic Mail to all parties on the attached service list on March 10, 2023.

            /s/ *Damian G. Waldman*

            ☑ Damian G. Waldman, Esq.
             Florida Bar No. 0090502
             Law Offices of Damian G. Waldman, P.A.
             PO Box 5162
             Largo, FL 33779
             Telephone: (727) 538-4160
             Facsimile: (727) 240-4972
             Email: damian@dwaldmanlaw.com
             E-Service: service@dwaldmanlaw.com
             *Attorneys for Plaintiff*

**SERVICE LIST**

Sharon Bledsoe a/k/a Sharon A. Bledsoe
4176 N. 44th Street
Milwaukee, WI 56216

Franklin Financial Corporation
10101 W. Greenfield Avenue
West Allis, WI 53214

Ford Motor Credit Company a/k/a Ford
Motor Credit Company, LLC
301 S. Bedford Street, Suite 1
Madison, WI 53703