NEXGEN COASTAL INVESTMENTS LLC,

        Plaintiff,

                                                     Case No. 21-cv-1216-pp

v.

SHARON BLEDSOE,

        Defendant.

**ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 32)**

On March 31, 2023, the plaintiff filed a Motion for Summary Judgment. Dkt. No. 32. As noted by the Clerk of Court, the plaintiff incorrectly docketed the motion and the accompanying documents. The plaintiff docketed its proposed findings of fact as the motion for summary judgment. Dkt. No. 32. The actual motion doesn't appear until dkt. no. 32-5; that motion includes the rules that must be provided to parties representing themselves, as required by Civil Local Rule 56(a)(1)(B) (E.D. Wis.).

Because the defendant is representing herself, the court is concerned that the plaintiff's incorrect filing does not provide her with clear notice of what is required in response to a motion for summary judgment. The defendant has thirty days from receipt of the motion to file a brief in opposition to that motion; the brief must be no more than thirty pages in length. Civil L.R. 56(b)(2)(A). The defendant must include a concise response to the plaintiff's statement of material facts. Civil L.R. 56(b)(2)(B)(i). In responding, the

1

defendant should reproduce each separately numbered paragraph from the plaintiff's statement of material facts and follow each paragraph with her response. Id. If the plaintiff denies the fact in the paragraph, she must include a citation to affidavits, declarations, parts of the record or other supporting documents that support her position. Id. Along with her response, the defendant may file a separate document that includes up to 100 additional facts that she thinks require the denial of the plaintiff's motion for summary judgment; each additional fact must be a concise, separately-numbered paragraph. Civil L.R. 56(b)(2)(B)(ii). If she files additional facts, the plaintiff must cite to materials that support each fact. Id.

The court **ORDERS** the defendant to respond to the plaintiff's motion for summary judgment within thirty days of the date she received the motion.

Dated in Milwaukee, Wisconsin this 4th day of April, 2023.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**