# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NEXGEN COASTAL INVESTMENTS, LLC,**

    **Plaintiff,**

vs.

**SHARON A. BLEDSOE, et al.,**

    **Defendant(s).**

_____/

CASE NO 2:21-CV-01216

## NOTICE OF FILING ORDER DISMISSING BANKRUPTCY CASE

    **COMES NOW,** Plaintiff, Nexgen Coastal Investments, LLC, by and through the undersigned counsel, hereby files this Notice of Filing Order Dismissing Bankruptcy Case, Order Dismissing Bankruptcy Case is attached hereto and incorporated as "Exhibit A".

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished to all parties on the Service List by U.S. Mail and/or Electronic Mail on this 28th day of February, 2024.

                                                _/s/Damian G. Waldman_
                                                Damian G. Waldman, Esq.
                                                Florida Bar No. 0090502
                                                Law Offices of Damian G. Waldman, P.A.
                                                P.O. Box 5162
                                                Largo, FL 33779
                                                Telephone: (844) 899-4162
                                                Facsimile: (844) 882-4703
                                                Email: damian@dwaldmanlaw.com
                                                E-Service: service@dwaldmanlaw.com
                                                Attorneys for Plaintiff

## SERVICE LIST

Nexgen Coastal Investments, LLC
c/o Damian G. Waldman, Esq.
Law Offices of Damian G. Waldman

Franklin Financial Corporation
10101 W. Greenfield Avenue
West Allis, WI 53214

Mary Bledsoe a/k/a Mary A. Bledsoe
4176 N. 44th Street
Milwaukee, WI 53214

Ford Motor Credit Company a/k/a
Ford Motor Credit Company, LLC
301 S. Bedford Street, Suite 1
Madison, WI 53703

# EXHIBIT A

So Ordered.

Dated: January 10, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter:

Sharon A Bledsoe,

Debtor.

Case No. 23-24239-gmh

Chapter 13 Bankruptcy

### ORDER DISMISSING CASE

The chapter 13 trustee filed a motion to dismiss on December 8, 2023. No objections were filed.

Based on the record,

IT IS ORDERED that this case is dismissed, effective immediately.

IT IS FURTHER ORDERED that the Trustee may pay up to $1,000, or the allowed amount of any pending or previously ordered fee application (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030), from the funds on hand to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

#####